UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY __PG__ D.C.
NOV 17 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO.: 0:21-md-3015-SINGHAL/Valle

IN RE:

MDL CASE NO.: 3015

JOHNSON & JOHNSON AEROSOL SUNSCREEN
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

SCHEDULE B

_____/

## CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Max S. Roberts, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of: New York

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Raag Singhal and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.
   Name: Max S. Roberts
   State Bar Number: 5748165
   Firm Name: Bursor & Fisher, P.A.
   Mailing Address: 888 Seventh Avenue
   Telephone Number: 646-837-7150
   Email Address: mroberts@bursor.com

Attorney Signature: [signature]          Date: 11/16/2021

ORIGIN ID:QNYA   (646) 837-7150
BURSOR & FISHER, PA
MAX S. ROBERTS
888 SEVENTH AVE.
THIRD FLOOR
NEW YORK, NY 10019
UNITED STATES US

SHIP DATE: 16NOV21
ACTWGT:
CAD: 103324259/INET4400

BILL SENDER

TO **ATTENTION: MDL CLERK**
**WILKIE D. FERGUSON JR. U.S. COURTHO**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(305) 330-5512
INV:
PO:                    DEPT:

REF: 991 NEUTROGENA SUNSCREEN





FedEx Express

WED - 17 NOV 4:30P
**STANDARD OVERNIGHT**

TRK# 0201  **7752 2895 8602**

**XG MPBA**

**33128**
FL-US  **MIA**



FedEx Ship Manager - Print Your Label(s)

11/16/21, 4:10 PM