**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:21-md-03015-SINGHAL/Valle**

IN RE:                                                                                              MDL CASE NO.: 3015

**JOHNSON & JOHNSON AEROSOL SUNSCREEN**
**MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION**
_____/

**THIS DOCUMENT RELATES TO: ALL CASES**
_____/

**DECLARATION OF ALEXANDRA WALSH IN SUPPORT OF MOTION TO APPOINT INTERIM   CLASS COUNSEL UNDER RULE 23(g) AND CLASS COUNSEL AS REQUESTED IN THE MOTION FOR PRELIMINARY APPROVAL**

I, Alexandra Walsh, hereby declare as follows:

1. I am an attorney and founding partner with the law firm of Walsh Law. I am admitted *pro hac vice* to appear and practice before this Court as Counsel for Plaintiffs in the matter of *Goodwin, et al. v. Johnson & Johnson Consumer Inc.*, 0:21-cv-61890-AHS (S.D. Fla.) (the "*Goodwin* Plaintiffs"). By order of this Court, the *Goodwin* Plaintiffs' action was consolidated with *Serota v. Johnson & Johnson Consumer Inc.*, 0:21-cv-61103-AHS (S.D. Fla.). The *Serota* action was the first filed case seeking class relief arising out of the presence of benzene in Defendants' sunscreen products. I am also Counsel for Plaintiffs in the matter of *Dominguez, et al. v. Johnson & Johnson Consumer Inc.*, 4:21-cv-05419-JD (N.D Cal.) (the "*Dominguez* Plaintiffs"). The *Dominguez* Plaintiffs' action was consolidated with *Brennan, et al. v. Johnson & Johnson Consumer, Inc.,* 4:21-cv-04869-KAW (N.D. Cal.). The *Brennan* action was the second filed case seeking class relief arising out of the presence of benzene in

Defendants' sunscreen products. The *Brennan* and *Dominguez* cases were transferred to this Court for consolidated pre-trial proceedings pursuant to the JPML's October 8, 2021, Transfer Order.

2. I have prepared this Declaration in Support of Plaintiffs' Unopposed Motion for Appointment as Interim Class Counsel, Pursuant to Federal Rule of Civil Procedure 23(g), which is filed contemporaneously herewith. Plaintiffs' Motion respectfully seeks the appointment of Bryan Aylstock and Jason Richards of Aylstock, Witkin, Kreis & Overholtz PLLC; and, Kiley Grombacher of Bradley/Grombacher LLP as interim co-lead class counsel; and, David B. Byrne, III of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; Seth Meyer of Keller Lenkner LLC; and myself as interim class liaison counsel. I have personal knowledge of the facts stated herein. If called upon, I would competently testify that the facts set forth herein are true and correct.

## EXPERIENCE OF COUNSEL

3. Walsh Law is a premiere national trial boutique representing plaintiffs in class and mass actions and in complex multidistrict litigations. We are a team of elite trial attorney with decades of collective experience in state and federal courtrooms. After years of practicing primarily on the defense side, our team has put its skills and resources to work representing plaintiffs, particularly in product liability and medical device litigation. We draw daily upon our experience to achieve the goal that drives every decision: winning trials for our clients. We prepare meticulously to present the most powerful and persuasive case to the jury and when the time comes for our clients to have their day in court, we are ready.

4. **Class Action & Multi-District Litigation**: My team and I have significant class action and multidistrict litigation experience. Notable examples of this experience include:

- *In re: 3M Combat Arms Earplug Products Liability Litigation*, MDL 2885
- *Dominguez et al v. Johnson & Johnson Consumer*, Case No. 3:21-cv-05419, United States District Court for the Northern District of California

- *In re: Zantac (Ranitidine) Products Liability Litigation*, MDL 2924

5. **Personal Qualifications & Experience**: I have been a member of the bar of Washington DC since 2005. I attended Stanford Law School, where I served on the Executive Board for the Law Review and won Best Oral Advocate. I earned my undergraduate degree from Bowdoin College, graduating *summa cum laude*, and was elected Phi Beta Kappa. Before beginning my law practice, I was honored to serve as a law clerk for two of the country's top jurists: the Honorable Merrick B. Garland of the United States Court of Appeals for the D.C. Circuit, and the Honorable Stephen G. Breyer of the United States Supreme Court.

6. I am a nationally recognized trial attorney with extensive experience trying and winning cases in courts throughout the country. After years of defending corporate clients, I launched Walsh Law to use my expertise and experience to fight for plaintiffs seeking justice in the nation's courts.

Of my notable past representative matters:

- Trial counsel in national litigation concerning birth control device, Essure.
- Trial counsel in first two bellwethers concerning anti-depressant, Zoloft.
- Trial counsel in conspiracy case against owners of flash sale site, Rue La La, and eBay.
- Appellate counsel in suit challenging lack of public access to reports prepared for the SEC.
- Appellate counsel in insider trading action raising novel issue regarding Securities Exchange Act.
- Defense counsel in criminal prosecution of Scooter Libby, former Chief of Staff to VP Cheney.
- Defense counsel in criminal prosecution of Michael Singer, best-selling author and former CEO of WebMD subsidiary.

7. I was a founding partner of Wilkinson Walsh + Eskovitz (now Wilkinson Stekloff LLP), an elite Washington-based trial-based firm. My successes at trial while at Wilkinson Walsh are well-recognized. In 2018, I received accolades from the *National Law Journal* for my decisive trial win in the national litigation concerning blockbuster blood thinner, Xarelto. In 2019, I was named Law360's Trial MVP of the Year for my victory in a major consumer fraud class action targeting One-A-Day multivitamins. I have been listed on Benchmark Litigation's 2021 Top 250 Women in Litigation and was recently inducted as a Fellow in the American College of Trial Lawyers, which limits its membership to "experienced trial lawyers who have mastered the art of advocacy and whose professional careers have been marked by the highest standards of ethical conduct, professionalism, civility, and collegiality."

8. Prior to founding Wilkinson Walsh, I was an attorney at Paul, Weiss, Rifkind, Wharton & Garrison LLP. Of my notable accomplishments, I helped win a dismissal of a decadelong securities fraud class action against Pfizer for allegedly concealing problems with its anti-inflammatory drug Celebrex (after I exposed flaws with the plaintiffs' method for calculating damages). Until 2016, I was a partner at Baker Botts LLP, where my team secured a billion-dollar verdict in favor of Vivendi that the *New York Law Journal* named to its Verdict Hall of Fame in 2020.

9. As discussed further in the accompanying motion, the appointment of Bryan Aylstock and Jason Richards of Aylstock, Witkin, Kreis & Overholtz PLLC; and, Kiley Grombacher of Bradley/Grombacher LLP as interim co-lead class counsel; and, David B. Byrne, III and Andy Birchfield of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; Seth Meyer of Keller Lenkner LLC; and myself as interim class liaison counsel is critical to safeguard the important substantive rights of absent class members. The prompt designation of capable counsel,

such as the aforementioned attorneys and firms would help protect the prospective class and expedite this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of December 2021, in Washington, D.C.

*/s/ Alexandra Walsh*

ALEXANDRA WALSH