UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-md-3015-SINGHAL/Valle

IN RE:                                                                                                   MDL CASE NO.: 3015

JOHNSON & JOHNSON AEROSOL SUNSCREEN                          Order No. 17
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
_____/

THIS DOCUMENT RELATES TO: ALL CASES
_____/

### CORRECTED ORDER SETTING THE FINAL APPROVAL HEARING

**THIS CAUSE** is before the Court upon *sua sponte* review of the record. Matters relating to the Final Approval Hearing will be addressed on **Friday, August 12, 2022, at 2:00 p.m.** via ZOOM Video Conference.

1. ***Appearance***—Each party represented by counsel shall appear through its attorney who will have primary responsibility for the party's interest in this litigation. Parties not represented by counsel may appear in person or through an authorized and responsible agent.

2. ***Other Participants***—Persons who are not named as parties in this litigation but may later be joined as parties or are parties in related litigation pending in other federal and state courts are invited to attend in person or by counsel.

3. ***Instructions***—The Final Approval Hearing will be conducted via ZOOM Video Conference. Parties may attend virtually by clicking the link below to join the webinar:

**https://www.zoomgov.com/j/1604778780?pwd=QStLRIJROFVoUkV6TEtJV3FpVHVNdz09**

    i. Participants shall include their full name and appearance as the "Screen Name" on ZOOM Video Conference.

    ii. Participants should dress in appropriate court attire and appear in front of an appropriate professional background.

    iii. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings.  *See* S.D. Fla. L.R. 77.1.

    iv. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

    v. Members of the public or press shall remain on mute with their cameras off at all times throughout the hearing.  Any interference with Court proceedings will result in immediate removal.

4. ***Appearance List***—Counsel to all parties are **INSTRUCTED** to provide the Court the full name and title and appearance of all persons participating in the hearing **by 12:00 p.m. on Wednesday, August 10, 2022**.  This list shall be submitted to this Court by e-mail to Singhal@flsd.uscourts.gov in Word Format and the e-mail subject line shall state: "MDL No. 3015 – August 12, 2022, Appearance List."

      i. This Court will only permit active participation on ZOOM Video Conference to individuals whose name, title, and appearance were disclosed to this Court by the deadline and whose full name is included on screen.  The participants are instructed to remain on camera, unless the Court dismisses them, and dress in appropriate court attire and appear in front of an appropriate professional background.

      ii. Members of the press, public, and persons wishing to observe the hearing may log into the ZOOM Video Conference session.  Persons who wish to observe the proceedings but not participate shall remain on mute with their cameras off at all times throughout the hearing.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 16th day of May 2022.

 

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF