# Exhibit A

# J&J Sunscreen MDL



**As Of May 28, 2022**

| NOTICE MAILING ACTIVITY | | |
|---|---|---|
| **Week Ending** | Notice Requests Mailed | Claim Form Requests Mailed |
| April 9, 2022 | 0 | 0 |
| April 16, 2022 | 0 | 0 |
| April 23, 2022 | 0 | 0 |
| April 30, 2022 | 0 | 0 |
| May 7, 2022 | 0 | 0 |
| May 14, 2022 | 0 | 0 |
| May 21, 2022 | 0 | 0 |
| May 28, 2022 | 0 | 25 |
| **Total** | **0** | **25** |

| NOTICE RESPONSE ACTIVITY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Week Ending** | Paper Claims Received | Online Claims Filed | Total Claims Received | Claim Form Deficiency Letters Mailed | Claim Form Deficiency Responses Received | Determination Letters Mailed | Exclusions Received | Objections Received |
| April 9, 2022 | 0 | 103 | 103 | 0 | 0 | 0 | 0 | 0 |
| April 16, 2022 | 0 | 1,266 | 1,266 | 0 | 0 | 0 | 0 | 0 |
| April 23, 2022 | 0 | 417 | 417 | 0 | 0 | 0 | 0 | 0 |
| April 30, 2022 | 1 | 13,221 | 13,222 | 0 | 0 | 0 | 0 | 0 |
| May 7, 2022 | 12 | 38,878 | 38,890 | 0 | 0 | 0 | 0 | 0 |
| May 14, 2022 | 16 | 17,561 | 17,577 | 0 | 0 | 0 | 0 | 0 |
| May 21, 2022 | 15 | 23,593 | 23,608 | 0 | 0 | 0 | 0 | 0 |
| May 28, 2022 | 36 | 16,157 | 16,193 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **80** | **111,196** | **111,276** | **0** | **0** | **0** | **0** | **0** |

| CALL CENTER AND WEBSITE ACTIVITY | | |
|---|---|---|
| **Week Ending** | Total Calls Received | Unique Website Visitors |
| April 9, 2022 | 0 | 1,086 |
| April 16, 2022 | 5 | 15,954 |
| April 23, 2022 | 2 | 15,566 |
| April 30, 2022 | 1 | 41,087 |
| May 7, 2022 | 26 | 89,416 |
| May 14, 2022 | 68 | 50,244 |
| May 21, 2022 | 53 | 52,290 |
| May 28, 2022 | 32 | 32,644 |
| **Total** | **187** | **298,287** |