UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:21-md-03015-SINGHAL/Valle

| | |
|---|---|
| IN RE: <br><br> JOHNSON & JOHNSON AEROSOL SUNSCREEN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL CASE NO.: 3015 |//
| THIS DOCUMENT RELATES TO: <br> ALL CASES | |

**PLAINTIFFS' MOTION TO CORRECT SCRIVENER'S ERROR**

Plaintiffs Katherine Brennan, Michelle Mang, Meredith Serota, Jacob Somers, Lauren Harper, Dina Casaliggi, Kelly Granda, Kyra Harrell, Carman Grisham, Heather Rudy, Fredric Salter, and Judith Barich, through Class Counsel, hereby respectfully file their motion to correct a scrivener's error in Plaintiffs' Motion and Memorandum in Support of Attorneys' Fees, Costs, and Incentive Awards ("Motion") filed in the above-captioned case (Doc. 77).

Plaintiffs' Motion erroneously identified the total number of billable hours submitted by Class Counsel. The Motion listed the total attorney billable hours as 2,982.13, when in fact the total hours are 2,552.47. This error also changes the stated value of the lodestar amount cited by Class Counsel in the Motion, from an original amount of $2,235,847.50 to $1,914,352.50. The original time submitted included some Class Counsel's paralegal time and/or legal assistant time. That paralegal and/or legal assistant time has been excluded in the revised calculation, so, for purposes of clarification, that will be noted in footnote 6 in corrected Motion. In addition, Class Counsel noticed some errors in case law citations and lack of page numbering which are being corrected with the corrected Motion.

1

Case law permits the correction of obvious errors. *See Regal v. Butler & Hosch, P.A.*, 2015 WL 11198248 at *6 (S.D. Fla. Oct. 8, 2015) (permitting plaintiffs to remedy scrivener's error regarding allegations in complaint). The only modifications being made to the Motion are those referenced herein.

WHEREFORE, Plaintiffs respectively requests that this Honorable Court enter an Order substituting the attached, corrected version of Plaintiffs' Motion and Memorandum in Support of Attorneys' Fees, Costs, and Incentive Awards.

Date: June 3, 2022

By: /s/R. Jason Richards
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
R. JASON RICHARDS (FL Bar # 18207)
BRYAN F. AYLSTOCK (FL Bar # 0078263)
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Facsimile: 850-916-7449
E-mail: jrichards@awkolaw.com

**BRADLEY/GROMBACHER, LLP**
Kiley L. Grombacher, Esq. (245960)
Marcus J. Bradley, Esq. (174156)
Robert N. Fisher, Esq. (302919)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
E-Mail: kgrombacher@bradleygrombacher.com
mbradley@bradleygrombacher.com
rfisher@bradleygrombacher.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/ R. Jason Richards
**AYLSTOCK, WITKIN, KREIS &**
**OVERHOLTZ, PLLC**
R. JASON RICHARDS (FL Bar # 18207)
BRYAN F. AYLSTOCK (FL Bar # 0078263)
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Facsimile: 850-916-7449
E-mail: jrichards@awkolaw.com
