**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:21-md-3015-SINGHAL/Valle**

IN RE:  MDL CASE NO.: 3015

JOHNSON & JOHNSON AEROSOL SUNSCREEN  Order No. 20
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
_____/

THIS DOCUMENT RELATES TO: ALL CASES
_____/

## OMNIBUS ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Motion to Extend Page Limit (DE [76]), filed June 2, 2022, Plaintiffs' Motion and Memorandum in Support of Attorneys' Fees, Costs, and Incentive Awards (DE [77]), filed June 2, 2022, and Plaintiffs' Motion to Correct Scrivener's Error (DE [78]), filed June 3, 2022. The Court having carefully reviewed the motions, the record, and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion to Extend Page Limit (DE [76]) is **GRANTED**.

2. Plaintiffs' Motion to Correct Scrivener's Error (DE [78]) is **GRANTED**. Plaintiffs must separately re-file the amended pleading pursuant to Local Rule 15.1, by **June 10, 2022**.

3. Accordingly, Plaintiffs' Motion and Memorandum in Support of Attorneys' Fees, Costs, and Incentive Awards (DE [77]) is **DENIED WITHOUT PREJUDICE AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of June 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF