UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:21-md-03015-SINGHAL

IN RE:                                                                            MDL CASE NO.: 3015

JOHNSON & JOHNSON SUNSCREEN
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
_____ /

THIS DOCUMENT RELATES TO: ALL CASES
_____ /

## DECLARATION OF JASON RABE REGARDING NOTICE PLAN AND CLAIMS PROCESS

Jason Rabe, declares and states as follows:

1. I am a Program Manager at Rust Consulting, Inc. ("Rust"). Rust was appointed as Settlement Administrator pursuant to ¶ 10 of the Order Granting Motion for Preliminary Approval of Class Action Settlement dated March 28, 2022 (the "Preliminary Approval Order"). I have the responsibility for overseeing all aspects of the notice and claims administration services performed by Rust with respect to the Settlement.

2. Rust Consulting specializes in class action notification and claims administration, including telephone and web-based support, direct mail services, claims processing, and settlement fund distribution. Founded in 1976, Rust Consulting began its claims administration process in 1989 and has extensive experience in class action matters, having provided services in class actions ranging from 100 to 100 million class members, and notification and/or claims administration services in over 7,500 class action cases and remediation projects.

3. I submit this declaration in order to provide the Court and the parties to the above-captioned litigation with information on the implementation of the Notice Plan, the claims process, and the receipt of requests for exclusion and objections. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

## CLASS ACTION FAIRNESS ACT NOTICE

4. On December 27, 2021, Rust Consulting served notice of the proposed Settlement Agreement to each appropriate federal and state official ("CAFA Notice"). Rust Consulting included with the CAFA Notice certain court filings and documents, as required under 28 U.S.C. § 1715(b). A true and correct copy of the CAFA Notice is attached hereto as Exhibit A.

## PUBLICATION OF THE PUBLICATION AND INTERNET NOTICES

5. Rust's services include implementing the Court approved Notice Plan; coordinating the Publication Notice and Internet Notice in accordance with the Notice Program with Kinsella Media, LLC ("KM"); establishing an interactive website to provide information and Court-approved documents to Class Members concerning the proposed settlement; and responding to calls and requests for Notices.

6. Pursuant to the Preliminary Approval Order, the Court approved the Notice Program submitted by KM. KM is an advertising and notification consulting firm in Washington, D.C. specializing in the design and implementation of class action and bankruptcy notification programs.

7. The declaration of Tiffaney Janowicz certifying that the publications of the Publication Notice and the Internet Notice were effectuated in accordance with the Preliminary Approval Order is being filed contemporaneously herewith.

## THE SETTLEMENT WEBSITE

8. Rust established and maintains a website, www.sunproductsettlement.com (the "Settlement Website"), that enables Class Members and other individuals to obtain information about the Settlement and to access important documents related to the Settlement. Specifically, the Settlement Website contains a listing of the deadlines for requesting exclusion from the Class, objecting to the Settlement and filing a Proof of Claim, as well as contact information and the date of the Court's Final Approval Hearing. The Settlement Website also contains "links" to the Long Form Notice, Proof of Claim, and important Court documents including, among others, the Settlement Agreement. The "links" permit any person, including potential Class Members with internet access, to view, download, and print copies of the Long Form Notice and Proof of Claim, thereby providing potential Class Members with information about the Settlement at their convenience. Additionally, the Settlement Website allows individuals and entities to submit electronic claims.

9. The Settlement Website went "live" on April 7, 2022 and as of June 24, 2022 the Settlement Website has had 425,226 unique visitors. In addition, the Long Form Notice has been downloaded 12,077 times. The website is periodically updated as the status of the Settlement changes (e.g., a deadline passes).

10. Rust also established a case-dedicated e-mail address, info@sunproductsettlement.com, to allow persons to email the Settlement Administrator with

3

questions. The e-mail address was activated on April 7, 2022 and is listed in the Long Form Notice and on the website. As of June 24, 2022, Rust has received and processed 16 e-mail inquiries from potential Class Members.

### TOLL-FREE TELEPHONE HOTLINE

11. Rust also established a toll-free telephone hotline (1-833-742-1652) that became operational on April 7, 2022. Class Members calling the hotline are given the key dates for filing deadlines as well as the website address for additional information. At the end of the recorded message, Class Members have the option to leave a voicemail to request a Long Form Notice. The recorded information is available 24 hours a day, 7 days a week. As of June 24, 2022, Rust has received 244 calls on this line.

### MAILING OF THE LONG FORM NOTICE

12. As of June 24, 2022, in response to telephone and voicemail requests for Long Form Notices made directly to Rust by potential Class Members, 48 Long Form Notices were mailed.

### CLAIMS PROCESS

13. Settlement Class Members must submit a Claim Form to receive a voucher from the Settlement. All Claim Forms must be postmarked or electronically submitted by July 7, 2022. As of June 24, 2022, 172,611 Claim Forms have been submitted electronically and 153 paper Claim Forms have been received through mail.

### REQUESTS FOR EXCLUSION AND OBJECTIONS

14. Pursuant to ¶ 13 of the Preliminary Approval Order, Requests for Exclusion from the Class are required to be mailed to the Settlement Administrator, postmarked no later than

4

July 7, 2022 and addressed to: JJCI Settlement Adminstrator, c/o Rust Consulting Inc - 7536, PO Box 2599, Faribault, MN 55021-9599. As of June 24, 2022, Rust has received two (2) Requests for Exclusion from the Class.

15. Pursuant to ¶ 16 of the Preliminary Approval Order, Class Members shall submit written objections to the Court by filing with the Clerk of the United States District Court for the Southern District of Florida or via the ECF electronic filing systems no later than July 7, 2022. Class members shall also send the written objection to Rust, Class Counsel and Defense Counsel no later than July 7, 2022. As of June 24, 2022, Rust has received no objections.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed this 24th day of June 2022 in Minneapolis, Minnesota.

_____
Jason Rabe

# EXHIBIT A



December 27, 2021

**Via U.S.P.S. Priority Mail**
<<name1>>
<<name2>>
<<addr1>>
<<addr2>>
<<city>>, <<state>> <<zip>>

Re: *In re Johnson & Johnson Sunscreen Marketing, Sales Practices and Products Liability Litigation*
*United States District Court for the Southern District of Florida*
*CASE NO. 0:21-md-03015-SINGHAL*

Dear CAFA Notice Recipient:

Rust Consulting, Inc., claims administrator, on behalf of Johnson & Johnson Consumer Inc. ("Defendant"), defendant in the above-referenced action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendant and the settlement plaintiffs in the above-referenced action. Please take notice of the following items of information, which are provided to you pursuant to 28 U.S.C. § 1715(b).

The Parties filed a motion with the United States District Court for the Southern District of Florida on December 17, 2021, requesting preliminary approval of the proposed settlement. The Court has not granted preliminary approval of the proposed settlement yet, nor has it scheduled a hearing for final approval of the settlement.

In reference to this letter, a website has been set up for viewing the documents associated with this case. The website is www.cafanotices.com and on this website, under the folder with the case name, the following documents can be found:

1. The complaints, all materials filed with the complaints, and any amended complaints filed in this matter;

2. The proposed settlement agreement between the Parties;

3. The proposed notice and claim form that will be distributed to the Class; and

4. A copy of the Parties' motion for preliminary approval of the settlement, including all supporting documents.

It is not feasible at this time for the Settling Defendants to provide a list of the names of the members of the class organized by the state in which they reside; nor is it feasible to provide an estimated proportionate share of the claims of such members to the entire settlement.

There are no contemporaneous agreements between class counsel and counsel for defendant in conjunction with the proposed settlement, other than the enclosed settlement agreement. At this time, there has been no final judgment or notice of dismissal, and there are no written judicial opinions relating to the matters detailed in this notice.

If you have questions about this notice, the settlement, or how to access and view the documents on the website, please contact this office.

Sincerely,


Jason Rabe
Rust Consulting, Inc.
625 Marquette Ave., Suite 900
Minneapolis, MN 55402-2469
Email: jrabe@rustconsulting.com
Phone: (612) 359-2059
Facsimile: (612) 359-2050