UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:21-md-03015-SINGHAL/Valle

IN RE:                                                              MDL CASE NO.: 3015

JOHNSON & JOHNSON AEROSOL SUNSCREEN
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
                                                                    /

THIS DOCUMENT RELATES TO: ALL CASES
                                                                    /

### DECLARATION OF TIFFANEY JANOWICZ
### ON IMPLEMENTATION OF THE NOTICE PROGRAM

I, Tiffaney Janowicz, hereby declare as follows:

1. I am a senior vice president of Rust Consulting, Inc. ("Rust"), a nationally recognized notice and administration firm. Rust designs and implements notice and administration programs of all sizes and types, including consumer, antitrust, securities, insurance, healthcare, labor and employment, property, finance, telecom, and products liability class actions.

2. I submit this declaration in connection with the above-captioned matter. My credentials were previously submitted to the Court in the *Declaration of Tiffaney A. Janowicz Regarding Notice to Class Members* ("Notice Program Declaration"), filed on December 17, 2021. The Notice Program Declaration described the Notice Program. This declaration describes the implementation of the Notice Program ("Notice Program").

3. This declaration is based upon my personal knowledge and information provided by my associates and staff.

## **OVERVIEW**

4.  The Court-approved Notice Program was designed to reach the greatest practicable number of class members; provide class members opportunities to learn about the Settlement and act upon their rights; and ensure that they will be exposed to, see, review, and understand the Notices. To achieve this goal, a notification program was designed and implemented that included print, digital, and social media advertising and a national press release.

5.  The Notice Program also included Notices designed to meet due process requirements.

6.  Each element of the Notice Program approved by the Court was implemented, and the Notice Program achieved each of the planned objectives.

### *Paid Media Notice*

7.  A paid media program was implemented using print, digital, and social media.

8.  The Publication Notice provided important information regarding the subject of the litigation, the Class definition, and the legal rights available to class members, and directed readers to the Settlement website to find more information.

9.  The Publication Notice appeared as a half-page ad in *People*. An example of the publication notice as it appeared in print is attached as **Exhibit 1.**

10. In addition, the Notice Program included digital advertising to provide potential class members with additional notice opportunities beyond the print placement. Digital advertisements were designed to alert potential class members to the Settlement. This simple message enabled potential Class Members to quickly determine if they might be affected by the Settlement. When visitors clicked on the advertisement, they were sent directly to the Settlement website. Samples of the digital advertisements are attached as **Exhibit 2**.

11. Digital advertisements (banner and social media ads) appeared between April 8, 2022, and May 19, 2022 on the following networks: Google Display Network, Facebook, Instagram, and Conversant. The advertisements ran across the networks and delivered 36,637,972 total gross impressions.[1]

12. Targeted digital advertising also reached potential class members based on interests (sun care and tanning products) and keywords (suntan lotion, sunscreen, sun care, skin care) on Google Display Network and interests (Aveeno, Neutrogena, sunscreen, skin care, sun tanning) on Facebook. Third-party targeting was used on Conversant to reach those who previously purchased Aveeno or Neutrogena Sunscreen.

### *Earned Media*

13. The Notice Program included a press release to supplement the paid media program. The press release was distributed on PR Newswire's US1 national wire on April 8, 2022. The release generated 360 postings of the full text of the release and received 4,801 views, 670 click-throughs, and two shares. A total of 48 journalists viewed the press release. Information about the Settlement appeared in media outlets, such as MarketWatch, Markets Insider, and Benzinga. The press release included a message that highlighted the Settlement details, provided information for potential class members, and featured the toll-free telephone number and website address.

---

[1] *Gross impressions* are the total number of times a digital ad appeared online. This figure does not represent the total number of unique viewers of the ad, as some viewers will see the ad on more than one website.

## **ADMINISTRATION COMPONENTS**

14. On April 7, 2022, Rust established a website at www.SunProductSettlement.com to enable class members to obtain and download information about the Settlement. The website includes the Long Form Notice, the Claim Form, frequently asked questions, the Settlement Agreement, and other court documents from this action. Class members are able to download materials and the Claim Form and file a claim online. As of June 15, 2022, the website has had 398,973 unique visitors.

15. On April 7, 2022, Rust established a toll-free phone number to allow Class Members to listen to answers to frequently asked questions. As of June 15, 2022, Rust received 234 calls to the toll-free number.

16. On March 30, 2022, Rust established a U.S. Mail Post Office Box (P.O. Box 2599, Faribault, MN 55021-9599) to allow class members to submit Requests for Exclusion, Claim Forms, and correspondence by mail with any specific requests or questions. Mail received at the Post Office Box is collected and processed daily. Through June 15, 2022, Rust Consulting has received 162,489 Claim Forms. Of the 162,489 Claim Forms received, 147 were received by mail and 162,342 were submitted online through the website. The Claim Form deadline is July 7, 2022.

## **PERFORMANCE AND EFFECTIVENESS OF NOTICE PROGRAM**

17. ***Objectives Were Met.*** The primary objective of the Notice Program was to effectively reach the greatest practicable number of Class Members with "noticeable" Notices of the current litigation and provide them with every reasonable opportunity to understand that their legal rights are affected. This objective was successful.

18. ***The Notice reached Class Members effectively.*** The Notice Program, as implemented, reached[2] at least 75% of potential class members. I can confidently state that potential Settlement Class Members were adequately reached with notice of the Settlement.

19. ***Notices were Designed to increase noticeability and comprehension.*** The Court-approved Notices were designed to get Settlement Class Members' attention by including a bold and informative headline. After the Notices caught the interest of the Settlement Class Members, it was critical that they could understand the content. All of the Notices were written in concise, plain language. No important or required information was missing or omitted.

20. The Short Form Notice (Publication Notice) was worded with simple text to encourage readership and comprehension. The Short Form Notice directed readers to get more information via the website or toll-free number.

21. The Long Form Notice is available via the website, toll-free number, or by writing the Settlement Administrator. The Long Form Notice provided substantial information, including background on the issues in the case and specific instructions Settlement Class Members needed to follow to properly exercise their rights and background on the issues in the case. This notice communicated the required information.

## CONCLUSION

22. It is my opinion that the reach of the Notice Program and content of the Notices was adequate and reasonable to reach the largest number of class members that is practicable under the circumstances.

---

[2] *Reach* is the estimated percentage of a target audience reached through a specific media vehicle or combination of media vehicles.

23. As noted above, the Notice Program reached at least 75% of the class, and incorporated a modern approach to Notice. This reach is within the guidelines established by the Federal Judicial Center.[3] The Notice Program was consistent with the standards employed by Rust in administering these types of class action settlements and designing effective notice programs to reach class members.

I declare that the foregoing is true and correct to the best of my knowledge. Executed in Niwot, Colorado, this 24th day of June 2022.

*Tiffaney A Janowicz*
Tiffaney Janowicz

---

[3] The Federal Judicial Center, *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*, https://www.consumerclassdefense.com/wp-content/uploads/sites/235/2013/06/FJC-Notice-Checklist-and-Plain-Language-Guide.pdf (last visited Mar. 15, 2022).

# Exhibit 1

Declaration of Tiffaney Janowicz



People picks



Busy Philipps (left), Renée Elise Goldsberry, Sara Bareilles and Paula Pell.

### PEACOCK | Girls5eva

**COMEDY** In season 2 the one-hit girl band—each of whose four members, we learn, has at one time or another been engaged to Carson Daly—sets out to record an album in a matter of weeks. Possible songs include a long ballad that uses every meaning of the word "set"—hundreds—and an anthem that pays tribute to Fort Worth. The show's giddiness is irresistible. *(First three episodes launches May 5)*

### *The Wilds'* Sophia Ali

The 26-year-old San Diego native—who recently played a treasure hunter opposite Tom Holland in *Uncharted*—returns as confident Fatin on the Amazon series about a group of teen girls stranded on an island (season 2 launches May 6). And how would Ali cope with a real-life *Wilds*? "I love a challenge—anything that's new, bring it," she says. "I feel like I would absolutely thrive."
—BENJAMIN VANHOOSE



With costar Sarah Pidgeon.

*one to watch*

---

Legal Notice

# If You Bought Neutrogena® or Aveeno® Sunscreen Lotions, You Could Get Vouchers for Replacement Products from a Settlement.

There is a proposed Settlement in a class action lawsuit against Johnson & Johnson Consumer Inc. ("Defendant") regarding certain Neutrogena® and Aveeno® aerosol and lotion Sunscreen Products. Defendant denies all claims made in this lawsuit.

**WHO IS INCLUDED IN THE PROPOSED SETTLEMENT?**
Anyone in the United States who bought certain Neutrogena and Aveeno aerosol or lotion Sunscreen Products, at any time between May 26, 2015 and the date of this Notice, is affected by the Settlement. The lotion products included are: Neutrogena® Ultra Sheer®, Dry-Touch Water Resistant Sunscreen Lotion, Neutrogena® Sheer Zinc™, Dry-Touch Face Sunscreen Lotion, or Aveeno® Baby Continuous Protection® Sensitive Skin Sunscreen Lotion. A full list of all products covered by the Settlement is available at www.sunproductsettlement.com or by calling 1-833-742-1652.

**WHAT DOES THIS PROPOSED SETTLEMENT PROVIDE?**
The Settlement will provide vouchers to eligible Class Members who purchased the lotion products listed above, as well as pay for costs associated with the notice and administration of the Settlement, attorneys' fees and costs to the attorneys for the Class, and an incentive award to the named Plaintiffs. Purchases of aerosol products are not eligible for vouchers.

In addition, the Defendant has agreed to adopt a set of corrective actions, including specification changes and testing protocols, to prevent recurrence of the issue that led to the recall of specific aerosol Sunscreen Products in July 2021. Full details are available at www.sunproductsettlement.com.

**HOW CAN I GET A VOUCHER?**
If you bought one of the lotion products listed above, you may submit a Claim Form online at www.sunproductsettlement.com or by mail by **July 7, 2022** (limit two products per household). Vouchers will be worth $10.58 each and may be used toward the purchase of any Neutrogena or Aveeno product. Vouchers are transferable and may be combined and used within 12 months from issuance. The value of the Voucher you receive may be reduced if claims exceed a total value of $1,750,000.

**WHAT ARE YOUR OPTIONS?**
Even if you do nothing, you will be bound by the Court's decisions. If you want to keep your right to sue the Defendant yourself, you must exclude yourself from the Settlement by **July 7, 2022**. If you stay in the Settlement but disagree with the terms, you may object to it by **July 7, 2022**.

The Court will hold a hearing on **August 12, 2022** to consider whether to approve the Settlement, a request for attorneys' fees and costs up to $2,600,000, and incentive award payments of $3,000. You may appear at the hearing, but you are not required to appear.

**For more information or to File a Claim:**
**www.sunproductsettlement.com   1-833-742-1652**

CLOCKWISE FROM TOP: ALAN MARKFIELD/PEACOCK; AMY SUSSMAN/GETTY IMAGES; KANE SKENNAR/AMAZON PRIME VIDEO

# Exhibit 2

Declaration of Tiffaney Janowicz


