# Exhibit 1

Frank Proof of Purchase for Non-Aerosol Product

