# Exhibit 2

Frank Proof of Purchase for Non-Aerosol Product

