**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:21-md-3015-SINGHAL/Valle**

| | |
|---|---|
| **IN RE:** | **MDL CASE NO.: 3015** |
| **JOHNSON & JOHNSON AEROSOL SUNSCREEN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** _____/ | Order No. 26 |

**THIS DOCUMENT RELATES TO: ALL CASES**
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Order Granting Final Approval of Settlement, Certifying the Settlement Class, and Awarding Attorney's Fees (DE [95]), entered February 28, 2023, and the Order Administratively Closing Case (DE [97]), entered April 5, 2023. There being nothing left for this Court to adjudicate, the Court hereby

**RECOMMENDS** that the Judicial Panel on Multidistrict Litigation ("JPML") terminate this multidistrict litigation proceeding and the Clerk of Court close this matter, subject to this Court's continuing jurisdiction to enforce its Orders, handle any matters related to the settlement, or address any other miscellaneous issues necessary to complete the administration of these cases.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 5th day of April 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF