UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-md-3015-SINGHAL

IN RE:

JOHNSON & JOHNSON AEROSOL SUNSCREEN
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

_____/

### ORDER

**THIS CAUSE** has come before the Court on the Motion to Appear *Pro Hac Vice* for Theodore H. Frank, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") (DE [107]), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the U.S. District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court, having considered the Motion, and all other relevant factors, it is hereby:

**ORDERED AND ADJUDGED** that the Motion to Appear *Pro Hac Vice* (DE [107]) is **GRANTED**. Theodore H. Frank, Esq. may appear and participate in this action on behalf of himself. The Clerk shall provide electronic notification of all electronic filings to Theodore H. Frank, Esq. at ted.frank@hlli.org.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of October 2024.

Copies furnished counsel via CM/ECF

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE