UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:21-md-03015-SINGHAL/Valle

| | |
|---|---|
| IN RE:<br><br>JOHNSON & JOHNSON AEROSOL SUNSCREEN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL CASE NO.: 3015 |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## MOTION TO EXTEND PAGE LIMITS

Plaintiffs Meredith Serota, Jacob Somers, Lauren Harper, Heather Rudy, Fredric Salter, Judith Barich, Dina Casaliggi, Kelly Granda, Kyra Harrell, Carman Grisham, Katherine Brennan and Michelle Mang (collectively "Plaintiffs"), through Class Counsel, respectfully request that this Court grant Plaintiffs leave to exceed the page limit set forth in Local Rule 7.1(c)(2). The grounds for this motion are as follows:

1. Local Rule 7.1(c)(2) authorizes this Court to grant leave to file an Amended Motion and Memorandum in Support of Final Approval of Class Action Settlement excess of the 20-page limit set forth in the Rule.

2. On May 23, 2025, Plaintiffs anticipate filing Plaintiffs' Amended Motion and Memorandum in Support of Final Approval of Class Action Settlement. By its very nature, such a motion must provide sufficient detail and case law to support the relief requested.

3. Although Plaintiffs' counsel has attempted to streamline the memorandum as much as possible, due to the legal support that must accompany such a motion, the memorandum exceeds the page limit by approximately thirty (30) pages.

1

WHEREFORE, Plaintiffs respectfully request that this Court grant their Motion for leave to Exceed Page Limit to file a brief up to and including fifty (50) pages in length.

### LOCAL RULE 7.1(a)(3) CERTIFICATION

Class Counsel has conferred with JJCI's counsel and is authorized to state that JJCI does not oppose the relief sought in this motion.

Dated: May 21, 2025

By: R. Jason Richards
**AYLSTOCK, WITKIN, KREIS &**
  **OVERHOLTZ, PLLC**
R. JASON RICHARDS (FL Bar # 18207)
BRYAN AYLSTOCK (FL Bar # 0078263)
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Facsimile: 850-916-7449
E-mail: jrichards@awkolaw.com

**BRADLEY/GROMBACHER, LLP**
Kiley L. Grombacher, Esq. (245960)
Marcus J. Bradley, Esq. (174156)
Robert N. Fisher, Esq. (302919)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
E-Mail: kgrombacher@bradleygrombacher.com
mbradley@bradleygrombacher.com
rfisher@bradleygrombacher.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: <u>R. Jason Richards</u>
**AYLSTOCK, WITKIN, KREIS &**
   **OVERHOLTZ, PLLC**
R. JASON RICHARDS (FL Bar # 18207)
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Facsimile: 850-916-7449
E-mail: jrichards@awkolaw.co