**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:21-md-03015-SINGHAL**

IN RE:                                                    MDL CASE NO.: 3015

**JOHNSON & JOHNSON SUNSCREEN**
**MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION**

_____ /

**THIS DOCUMENT RELATES TO: ALL CASES**

_____ /

**[PROPOSED] ORDER GRANTING**
**PLANITIFFS' MOTION TO EXCEED PAGE LIMIT**

      AND NOW, this _____ day of _____, May 2025, upon consideration of the Plaintiffs' Motion to Exceed Page Limit in Plaintiffs' Motion for Final Approval of Class Action Settlement, it is ORDERED the Plaintiffs' Motion to Exceed Page Limit to file a brief up to and including fifty (50) pages in length is GRANTED.

Date: _____

 

                                                               _____
                                                               RAAG SINGHAL
                                                               UNITED STAETS DISTRICT JUDGE