UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:21-md-03015-SINGHAL

IN RE:  MDL CASE NO.: 3015

**JOHNSON & JOHNSON SUNSCREEN
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION**
_____/

THIS DOCUMENT RELATES TO: ALL CASES
_____/

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF
DEADLINE TO FILE PLAINTIFFS' AMENDED MOTION AND MEMORANDUM IN
SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

The parties stipulate to the following:

1. The parties are preparing an Amended Motion and Memorandum in Support of Final Approval of Class Action Settlement (hereafter "Motion").

2. Following the status conference held on April 23, 2025, this Court gave the parties until May 23, 2025, to file their Motion. ECF No. 119.

3. The parties are still gathering the necessary evidence they will need to support the Motion, including necessary declarations.

4. The parties have jointly agreed that due to the complexity of the Motion an extension of fourteen (14) days for the filing of the Motion is appropriate.

5. The parties have jointly agreed that the deadline for the parties to file the Motion should be extended by fourteen (14) days to June 6, 2025.

6. Therefore, the parties respectfully request that the Court extend the deadline for the parties to file the Motion from May 23, 2025 to June 6, 2025.

4

Dated:  May 21, 2025

By: <u>R. Jason Richards</u>
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
R. JASON RICHARDS (FL Bar # 18207)
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Facsimile: 850-916-7449
jrichards@awkolaw.com

By: <u>Kiley L. Grombacher</u>
**BRADLEY/GROMBACHER, LLP**
Kiley L. Grombacher, Esq. (245960)
Marcus J. Bradley, Esq. (174156)
Robert N. Fisher, Esq. (302919)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
kgrombacher@bradleygrombacher.com

*Attorneys for Plaintiffs*

By: <u>Steven A. Zalesin</u>
**PATTERSON BELKNAP WEBB & TYLER LLP**
Steven A. Zalesin
1133 Avenue of the Americas
New York, New York 10036
sazalesin@pbwt.com

*Attorneys for Defendant*

**IT IS SO ORDERED:**

Dated:

By: _____
HON. RAAG SINGHAL
DISTRICT COURT JUDGE

5

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              By: R. Jason Richards
**AYLSTOCK, WITKIN, KREIS &**
**OVERHOLTZ, PLLC**
R. JASON RICHARDS (FL Bar # 18207)
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
jrichards@awkolaw.com